FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

RECEIVED

MAR 2 3 2026

AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

**Julian Palacios**
(Enter above the full name of the plaintiff in this action)

Vs.

**New Jersey State Parole Board**
**Samuel J. Plumeri, Jr.**
**James B. Jefferson, Allen L. Delvento**
**S.W.S.P. Parole Supervisor Watson**
**Thomas P. Haaf, Kerri E. Cody**
(Enter the full name of the defendant or defendants in this action)

COMPLAINT

Civil Action No.______
(To be supplied by the Clerk of the Court)

INSTRUCTIONS; READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6. If you cannot prepay the $400.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures in the application to proceed in forma pauperis. See 28 U.S.C § 1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7. If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of the summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

☒ 42 U.S.C. § 1983 (applies to state prisoners)

☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

______________________________________________

1b. Indicate whether you are a prisoner or other confined person as follows:

☐ Pretrial detainee

☐ Civilly-committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other: (please explain)______________________________

2. Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility that was dismissed as frivolous or malicious, or for failure to state a claim upon relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915 (g).

a. Parties to previous lawsuit:

Plaintiff(s): **N/A**

Defendant(s): **N/A**

b. Court and Docket Number: ____________

c. Grounds for dismissal: ☐ frivolous ☐ malicious

☐ Failure to state a claim upon which relief may be granted

d. Approximate date of filing lawsuit: **N/A**

e. Approximate date of disposition: **N/A**

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? **South Woods State Prison**

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a. Name of Plaintiff: **Julian Palacios**

Address: **215 Burlington Road, South Bridgeton, NJ 08302**

Inmate #: **672409G**

b. First defendant

Name: **Samuel J. Plumeri Jr**

Official position: **Chairman of Parole Board**

Place of employment: **New Jersey State Parole Office**

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

**This Person is responsible for the adequate orderly functioning of the parole board and failure to train, advise and oversee an office that uphold timely parole eligibility dates may amount to cruel and unusual punishment under the 8th amendment and 14th amendment due process.**

c. Second defendant

Name: **Mrs. Watson**

Official position: **S.W.S.P. Supervisor of Parole**

Place of employment: **South Woods State Prison**

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

**Ms. Watson is responsible for calculating parole eligibilities at S.W.S.P and failed to make parole hearing available to the plaintiff on his calculated P.E.D., therefore depriving the plaintiff of his due process rights to parole hearing under the 8th And 14th amendments Due Process.**

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

e. Third defendant

Name: **James B. Jefferson**

Official position: **Hearing Officer**

Place of employment: **New Jersey State Parole Office**

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

**On 12/29/25 This person had a personal interest to give me a 16 month hit, who seem in a rush throughout the Virtual Hearing gave me an attitude by trying to provoke me, and refusing to consider material facts or my story when I explained it with remorse. To state he was confused or how i have little remorse, yet he stated I appear to be motivated for change but has no remorse for the victim and suggests I take the Focus on Victim course which i've been on waiting list for. I have also remained infraction free which has never been a problem.**

f. Fourth defendant

Name: **Allen L. Delvento**
Official Position: **Hearing Officer**
Place of employment: **New Jersey State Parole Office**
How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

**This Person was mostly quiet during the virtual hearing but making "Sigh's" instead of any Comment to be made or objective. And he agreed with Jefferson's personal interest to give me a 16 month hit after the rushed hearing.**

g. Fifth defendant

Name: **Thomas P. Haaf**
Official Position: **Hearing Officer**
Place of Employment: **New Jersey State Parole Office**
How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

**On 3/18/25 Mr. Haff shown to have a personal interest towards me and claiming I must of been drinking and driving and using 12-step course against me as his reason, when i took it to educate myself being productive and support my cellmate as I waited for Focus on Victim and etc. at BSP. He refused to consider material facts stating all I care about is myself and disregard my remorse to victim.**

H. Sixth defendant

Name: **Kerri E. Cody**
Official Position: **Hearing Officer**
Place of Employment: **New Jersey State Parole Office**
How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

**On 3/18/25 Mrs. Cody was mostly silent until she joined Mr. Haaf to question me on Past drinking and still accusing me on drinking and driving. Which I replied I wasn't nor is there proof of it. And it's obvious she also had a personal interest with Mr. Haaf to give Me 16 month hit.**

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

☒ YES ☐ NO

If your answer is "Yes", briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

**After initial hearing on 12/2/25 I was told by Jessica Munyon who works for parole "that I would be seen on 12/6/25 or 12/13/25", but I never had a hearing on any of those dates. However, I sent inquires and grievances many times on Jpay system after being given excuses by parole that "I'll be seen soon as possible", but they avoided my questions and concerns.**

If your answer is "No", briefly explain why administrative remedies were not exhausted.

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, given dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

**Originally I was seen on 3/18/25 given a 16 month hit, but after I had revocation hearing having 2 violations dismissed out of the 5. Parole then reversed my date back to 3/18/25 but I was not seen until 12/29/25 (upholding timely parole eligibility date leading to cruel and unusual punishment under the 8th and 14th amendments of due process) only to be given a 16 month hit again refusing to hear what I have to say or even consider material facts I provided. The Panel seems to have a personal interest besides they were in a rush to make decision they made and not even provide the reason why until i received it in mail on 1/13/26 stating to take Focus on Victim which ive been on waiting list for the course and to remain infraction free which has never been a issue.**

7. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

**The Plaintiff is seeking financial compensation for each day beyond P.E.D., and 2.5 Million dollars in emotional distress that plaintiff and family suffered from the ordeal. The plaintiff now suffers from anxiety, depression and PTSD that evolves into trauma every time he has an encounter with the parole board. Leaving the plaintiff incapable of articulating words due to nervousness and fear of being abused if he says the wrong thing.**

8. Do you request a jury or non-jury trial? (Check only one)

☐ Jury Trial ☒ Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this March day of 4th, 2024.

Julian Palacios

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).